UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:11CV-00090-JHM

**JACKIE L. TEMPLES**                                                                                     **PLAINTIFF**

**VS.**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**                                                           **DEFENDANT**

**JUDGMENT**

In accordance with the order of the Court, it is **HEREBY ORDERED AND ADJUDGED** as follows:

(1) Judgment is entered in favor of the Commissioner.

(2) This is a **FINAL** judgment and the matter is **STRICKEN** from the active docket of the court.

Copies:        Counsel